SCWC-11-0000616

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THERESA A. KUAIMOKU,
Petitioner/Claimant-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF EDUCATION-KAUA'I,
Respondent/Employer-Appellee, Self-Insured, and
STATE OF HAWAI'I, DEPARTMENT OF EDUCATION-MAUI,
Respondent/Employer-Appellee, Self-Insured.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000616; CASE NO. AB 2008-471(K);
(4-85-02102), (7-87-06054))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Theresa A. Kuaimoku's

Application for Writ of Certiorari, filed on August 27, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 29, 2014.

Lowell K.Y. Chun-Hoon
and Tatjana A. Johnson
for petitioner

David M. Louie
and Robert T. Nakatsuji
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

